# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES of AMERICA | 00-CV-2229 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| ALFRED ZOTYNIA & TINA ZOTYNIA | NOTICE OF US MARSHAL SALE |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ TINA ZOTYNIA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

HC #1 Box 123 GREELEY, PA 18425

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE SERVE ABOVE DEFENDANT OR PERSON IN CHARGE

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT

Joseph A. Goldbeck    TELEPHONE NUMBER: 215-627-1322    DATE: 5-6-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: G. Lanelle | Date: 5/17/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

**FILED SCRANTON**
**JUN 2 2 2004**
PER _____ DEPUTY CLERK

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/18/04    Time: 10:30 am

Signature of U.S. Marshal or Deputy: Richard ___

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 135.00 | $32.40 | | 167.40 | | | |

**REMARKS:**

6/18/04  (1) DUSM  (0900 - 1130)    90 miles Rd Tp.

(135.00 + 32.40) = $167.40

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)