## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>     v.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA | Civil Action No:  00-CV-2229 |

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this     day of                 2004, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, Alfred Zotynia, cannot, upon diligent inquiry, be found so as to be personally served with the Notice of Sale, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at Lake Road, Greeley, PA 18435

it is hereby ORDERED, ADJUDGED AND DECREED:

1.  That the Notice of Sale be served on the Defendant, Alfred Zotynia, by Plaintiff or its agent by posting a copy of the Notice of Sale on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2).

2.  That the Notice of Sale be served on the Defendant, Alfred Zotynia, by certified mail.

_____
                                                                                                                            J.