UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | | ALFRED ZOTYNIA |
|---|---|---|
| | | TINA ZOTYNIA |
| (Petitioner) Plaintiff | VS. | (Respondent) Defendant |

CASE and/or DOCKET: 00-CV-2229

I Declare that I am a Pennsylvania State Deputy Constable and/or Process Server, in and for the County of Montgomery, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected, I was authorized by law to perform the said service.

## SERVICE

SERVICE UPON: Alfred Zotynia

Address: LAKE ROAD, GREELEY, PA 18435

On:          At:

Description: Approximate Age:___ Height:___ Weight:___ Race:___ Sex:___ Hair:___

With the documents: **NOTICE OF US MARSHAL'S SALE OF REAL PROPERTY**

**MANNER OF SERVICE**
By handing a copy to:
☐ 1.) Defendant(s) personally served
☐ 2.) Adult family member with whom said Defendant(s) reside.
    Name:_____ Relationship:_____
☐ 3.) Adult in charge of defendants residence.
    Name:_____ Relationship:_____
☐ 4.) Posted Property
☐ 5.) Agent or person in charge of Place of Business.
    Name:_____ Title:_____

Comments: Neighbors unsure if Def still resides - mail piling up

**NO SERVICE**
Defendant was not served because:
___Moved ___Unknown ✓ No Answer ___Vacant ___Other:_____

Service was attempted on the following dates and times:
1.) 12/14  6:30 pm  2.) 12/17  11:40 am  3.) 12/19  9:30 pm
    Date:  Time:      Date:    Time:       Date:    Time:

## SERVER INFORMATION

UNIVERSAL LAWYERS' SERVICE
93 EAST MAIN ST.
BAY SHORE, NY 11706
631.666.6168

CONSTABLE / DEPUTY / PROCESS SERVER

Sworn to and subscribed before me this 22nd day of December 2004

Notary Public

NOTARIAL SEAL
ERIC MATTHIAS AFFLERBACH, NOTARY PUBLIC
CITY OF TRAPPE BOROUGH, MONTGOMERY CO., PA
MY COMMISSION EXPIRES NOVEMBER 14, 2001
MEMBER PENNSYLVANIA ASSN...

13554