UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | | ALFRED ZOTYNIA |
|---|---|---|
| | | TINA ZOTYNIA |
| (Petitioner) Plaintiff | VS. | (Respondent)  Defendant |

CASE and/or DOCKET: 00-CV-2229

I Declare that I am a Pennsylvania State Deputy Constable and/or Process Server, in and for the County of Montgomery, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected, I was authorized by law to perform the said service.

**SERVICE**

SERVICE UPON: Alfred Zotynia

Address: LAKE ROAD, GREELEY, PA 18435

On:            At:

Description: Approximate Age: ___ Height: ___ Weight: ___ Race: ___ Sex: ___ Hair: ___

With the documents: **NOTICE OF US MARSHAL'S SALE OF REAL PROPERTY**

**MANNER OF SERVICE**
By handing a copy to:
☐ 1.) Defendant(s) personally served
☐ 2.) Adult family member with whom said Defendant(s) reside.
    Name:_____ Relationship:_____
☐ 3.) Adult in charge of defendants residence.
    Name:_____ Relationship:_____
☐ 4.) Posted Property
☐ 5.) Agent or person in charge of Place of Business.
    Name:_____ Title:_____
Comments: Neighbors unsure if Def still resides—
mail piling up              **NO SERVICE**
Defendant was not served because:
___ Moved  ___ Unknown  ✓ No Answer  ___ Vacant  ___ Other:_____

Service was attempted on the following dates and times:
1.) 12/14    6:30 am    2.) 12/17    11:40 am    3.) 12/18    9:30 pm
  Date:    Time:        Date:    Time:        Date:    Time:

**SERVER INFORMATION**

UNIVERSAL LAWYERS' SERVICE
93 EAST MAIN ST.
BAY SHORE, NY 11706
631.666.6168

CONSTABLE / DEPUTY / PROCESS SERVER

Sworn to and subscribed before me this 20th day of December 2004

Notary Public

NOTARIAL SEAL
ERIC MATTHIAS AFFLERBACH, NOTARY PUBLIC
CITY OF TRAPPE BOROUGH, MONTGOMERY CO., PA
MY COMMISSION EXPIRES NOVEMBER 14, 2005
MEMBER, PENNSYLVANIA ASSN. ...

13554

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | | ALFRED ZOTYNIA |
| --- | --- | --- |
| | | TINA ZOTYNIA |
| (Petitioner) Plaintiff | VS. | (Respondent) Defendant |

CASE and/or DOCKET: 00-CV-2229

I Declare that I am a Pennsylvania State Deputy Constable and/or Process Server, in and for the County of Montgomery, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected, I was authorized by law to perform the said service.

**SERVICE**

SERVICE UPON: ALFRED ZOTYNIA

Address: 710 N MAIN AVE, #1, SCRANTON, PA 18504

On:            At:

Description:  Approximate Age: ___ Height: ___ Weight: ___ Race: ___ Sex: ___ Hair: ___

With the documents: NOTICE OF US MARSHAL'S SALE OF REAL PROPERTY

**MANNER OF SERVICE**
By handing a copy to:
☐ 1.) Defendant(s) personally served
☐ 2.) Adult family member with whom said Defendant(s) reside.
    Name:_____ Relationship:_____
☐ 3.) Adult in charge of defendants residence.
    Name:_____ Relationship:_____
☐ 4.) Posted Property
☐ 5.) Agent or person in charge of Place of Business.
    Name:_____ Title:_____
Comments: "SHIVA" RESIDES - DEF MOVED > 1 yr Ago

**NO SERVICE**
Defendant was not served because:
X Moved ___ Unknown ___ No Answer ___ Vacant ___ Other:_____

Service was attempted on the following dates and times:
1.) 12/20/04  7:00 pm     2.) _____     3.) _____
    Date:    Time:            Date:    Time:            Date:    Time:

**SERVER INFORMATION**

UNIVERSAL LAWYERS' SERVICE
93 EAST MAIN ST.
BAY SHORE, NY 11706
631.666.6168

_____
CONSTABLE / DEPUTY / PROCESS SERVER

Sworn to and subscribed before me this __2__ day of __DEC__ 200_4_

_____
Notary Public

> NOTARIAL SEAL
> ERIC MATTHIAS AFFLERBACH, NOTARY PUBLIC
> CITY OF TRAPPE BOROUGH, MONTGOMERY CO., PA
> MY COMMISSION EXPIRES NOVEMBER 14, 2005
> MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

13554