

## Affidavit of Good Faith Investigation

**Client provided information:**
File Number: USA-0450
Attorney Firm: Goldbeck, McCafferty & McKeever
File Name: Zotynia

Subject Name: Alfred Zotynia
Property Address:
Street: Lake Road
City: Greeley    State: PA    Zip: 18435

---

**Skip Results:**    Date of Birth: 05/17/1967    Universal File Number: 13554
**Last Known**    Dates: As of 12/07/2004
Street: 710 N. Main Avenue, # 1    Phone:
City: Scranton  State: PA    Zip: 18504
**Death Records:** As of 12/07/2004, the Social Security Administration has no death record on file for Alfred Zotynia
**Social Security Number search completed.**
**Employment Search:**    Unable to verify current employer.
**Creditor Information:**
Creditors indicated the last reported address for Alfred Zotynia as 710 N. Main Avenue, # 1, Scranton, PA 18504
**Department of Motor Vehicle Records:**
The Pennsylvania Department of Motor Vehicles provided no change for Alfred Zotynia
    from 710 N. Main Avenue, # 1, Scranton, PA 18504
**Public Licenses (Pilot, Real Estate, etc):**    Search performed provided no information.
**Voter Registration Information:**
The County Voters Registration Office has no listing for Alfred Zotynia.
**National Postal Address Search:** Has no change for Alfred Zotynia from 710 N. Main Avenue, # 1, Scranton, PA 18504
**Comments:**
570-347-0843: Called possible neighbor, C.A. Duffy, there was no answer.
570-344-0607: Spoke with possible neighbor, William Johnson, does not know neighbors.
570-961-9934: Spoke with Samdath Chiv, does not know defendant.
No numbers were found for relatives.

---

On 12/07/2004, I, Patti Garrett being duly sworn according to the law, deposes and says: I am employed by Universal Default Service. I have conducted an investigation into the whereabouts of the above named subject. Above are the results of my investigation.

Subscribed and sworn to before me,

Affiant Name: Patti Garrett        Notary Public

Date: 12/07/2004

DONNA G. WORKMAN
Notary Public, State of Texas
My Commission Expires
September 30, 2007