**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
12/27/04

Sent To: ALFRED ZOTYNIA
Street, Apt. No.; or PO Box No.: 710 N. MAIN AVE #1
City, State, ZIP+4: SCRANTON, PA 18504

7004 0750 0002 8073 5589

PS Form 3800, June 2002       See Reverse for Instructions