**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV-00-2229 |
| DEFENDANT | TYPE OF PROCESS |
| Alfred Zotynia and Tina Zotynia | Notice of U.S. Marshal's Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alfred Zotynia and Tina Zotynia
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Lake Road, Greeley, PA 18435

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED
SCRANTON
JAN 06 2005
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE POST HANDBILL
on or before 1-7-05

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Joseph A. Goldbeck, Jr. | 215-627-1322 | 11/30/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lavelle | Date 12/22/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 1/4/05 | 10:30 | am |

Signature of U.S. Marshal or Deputy
R.____

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $270.00 | $81.00 | | $351.00 | | |

REMARKS: 12/29/04 – FNDFAVOR L – 1 DUSM-3HRS – 140 MILES R/T – NO SUCH ADDRESS – THERE IS A GREELEY LAKE RD. GREELEY, PA. – NEED A NUMERICAL ADDRESS. POST OFFICE HAS NO LISTING FOR SUBJECT ON THIS ROAD. SUBJ RESIDES AT 416-418 ROWLAND RD GREELEY, PA. – DUE TO ROAD CONSTRUCTION COULDN'T GO TO THAT ADDRESS TO SPEAK WITH HER. NO PHONE # LISTED.

1/4/05 (1) DUSM (0700-1200) 85 miles total $135.00 + 30.6 = $165.00

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Total  $135.00 + $135.00 + 30.60 + 50.40 = $351.00