**Receipt 1:**

7160 3901 9848 3829 2626

TO:   ZOTYNIA, TINA
**TINA ZOTYNIA**
HC #1 Box 123
Greeley, PA 18425

SENDER:   GOLDBECK MCCAFFERTY & MCKEEVER
May 6, 2004

REFERENCE:   ZOTYNIA, ALFRED / USA-0450
07/22/04 – Pike

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

**Receipt 2:**

7160 3901 9848 3829 2619

TO:   ZOTYNIA, ALFRED
**ALFRED ZOTYNIA**
HC #1 Box 123
Greeley, PA 18425

SENDER:   GOLDBECK MCCAFFERTY & MCKEEVER
May 6, 2004

REFERENCE:   ZOTYNIA, ALFRED / USA-0450
07/22/04 – Pike

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

| Name and Address of Sender:<br>GOLDBECK<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check type of mail or service:<br>☐ Certified  ☐ Recorded Delivery (International)<br>☐ COD  ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | | | | | | Affix Stamp Here<br>(if issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | |
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling<br>Charge | Actual Value<br>if Registered | Insured<br>Value | Due Sender<br>if COD | DC<br>Fee | SC<br>Fee | SH<br>Fee | RD<br>Fee | RR<br>Fee |
| | DOMESTIC RELATIONS OF PIKE COUNTY<br>County Admin. Bldg<br>506 Broad Street<br>Milford, PA 18337 | | | | | | | | | | | |
| | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| | OCCUPANTS/TENANTS<br>Lake Road<br>Greeley, PA 18435 | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: **3**

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PS Form **3877**, February 2002 (Page 1 of 2)        Complete by Typewriter, Ink, or Ball Point Pen        See Privacy Act Statement on Reverse

USA-0450

ALFRED ZOTYNIA & TINA ZOTYNIA

02 1A
00043404453
MAILED FROM ZIP CODE 19106
PITNEY BOWES
$ 02.70⁰
MAY 06 2004

MAY 6 2004

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br>v.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA | Civil Action No: 00-CV-2229 |

**ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL**

AND NOW, this 27th day of December, 2004, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, Alfred Zotynia, cannot, upon diligent inquiry, be found so as to be personally served with the Notice of Sale, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at Lake Road, Greeley, PA 18435

it is hereby ORDERED, ADJUDGED AND DECREED:

1. That the Notice of Sale be served on the Defendant, Alfred Zotynia, by Plaintiff or its agent by posting a copy of the Notice of Sale on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2).

2. That the Notice of Sale be served on the Defendant, Alfred Zotynia, by certified mail.

/s/William W. Caldwell
                                                                                                 J.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV-00-2229 |
|---|---|
| DEFENDANT<br>Alfred Zotynia and Tina Zotynia | TYPE OF PROCESS<br>Notice of U.S. Marshal's Sale |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alfred Zotynia and Tina Zotynia

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Lake Road, Greeley, PA 18435

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED SCRANTON
JAN 06 2005
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE POST HANDBILL
on or before 1-7-05

Signature of Attorney or other Originator requesting service on behalf of:
Joseph A. Goldbeck, Jr.   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 11/30/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk<br>G. Lavelle | Date 12/22/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/4/05   Time: 10:30 am

Signature of U.S. Marshal or Deputy: R——

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $270.00 | $81.00 | | $351.00 | | |

REMARKS: 12/22/04 — FNDFAVOR L — 1 DUSM 3 HRS — 140 MILES RT — NO SUCH ADDRESS. THERE IS A GREELEY LAKE RD. GREELEY, PA. — NEED A NUMERICAL ADDRESS. POST OFFICE HAS NO LISTING FOR SUBJECT ON THIS ROAD. SUBJ RESIDES AT 416-418 ROWLAND RD GREELEY PA. — DUE TO ROAD CONSTRUCTION COULDN'T GO TO THAT ADDRESS TO SPEAK WITH HER. NO PHONE # LISTED.

1/4/05 (1) DUSM (0900-1200) 85 miles total $135.00 + 30.6 = $165.60

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Total $135.00 + $135.00 + 30.60 + 50.40 = $351.00

USA-0450

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | | ALFRED ZOTYNIA |
| --- | --- | --- |
| | | TINA ZOTYNIA |
| (Petitioner) Plaintiff | VS. | (Respondent)    Defendant |

CASE and/or DOCKET: **00-CV-2229**

I Declare that I am a Pennsylvania State Deputy Constable and/or Process Server, in and for the County of Montgomery, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected, I was authorized by law to perform the said service.

### SERVICE

SERVICE UPON: **TINA ZOTYNIA**

Address: **418 ROWLAND RD, GREELEY, PA 18425**

On: 12/23/04   At: 5:30 pm

Description: Approximate Age: 18  Height: 5'5"  Weight: 150  Race: W  Sex: M  Hair: Brown

With the documents: **NOTICE OF US MARSHAL'S SALE OF REAL PROPERTY**

**MANNER OF SERVICE**
By handing a copy to:
☐ 1.) Defendant(s) personally served
☒ 2.) Adult family member with whom said Defendant(s) reside.
    Name: John Zotynia   Relationship: Son
☐ 3.) Adult in charge of defendants residence.
    Name:_____ Relationship:_____
☐ 4.) Posted Property
☐ 5.) Agent or person in charge of Place of Business.
    Name:_____ Title:_____
**Comments:**

### NO SERVICE
Defendant was not served because:
___Moved ___Unknown ___No Answer ___Vacant ___Other:_____

Service was attempted on the following dates and times:
1.)_____ 2.)_____ 3.)_____
    Date:    Time:    Date:    Time:    Date:    Time:

### SERVER INFORMATION

UNIVERSAL LAWYERS' SERVICE
93 EAST MAIN ST.
BAY SHORE, NY 11706
631.666.6168

_____
CONSTABLE / DEPUTY / PROCESS SERVER

Sworn to and subscribed before me this 24 day of DEC 2004.

_____
Notary Public

NOTARIAL SEAL
ERIC MATTHIAS AFFLERBACH, NOTARY PUBLIC
CITY OF TRAPPE BOROUGH, MONTGOMERY CO., PA
MY COMMISSION EXPIRES NOVEMBER 14, 2005
MEMBER PENNSYLVANIA ASSOCIATION OF NOTARIES

13554

UNITED STATES DISTRICT COURT

FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br><br>                Defendant(s) | CIVIL NO. 00-CV-2229 |

**AFFIDAVIT PURSUANT TO RULE 3129**

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      Lake Road
      Greeley, PA 18435

1. Name and address of Owner(s) or Reputed Owner(s):

      ALFRED ZOTYNIA
      Lake Road
      Greeley, PA 18435

      TINA ZOTYNIA
      Lake Road
      Greeley, PA 18435

2. Name and address of Defendant(s) in the judgment:

      ALFRED ZOTYNIA
      Lake Road
      Greeley, PA 18435

      TINA ZOTYNIA
      Lake Road
      Greeley, PA 18435

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
      Health and Welfare Bldg. - Room 432
      P.O. Box 2675
      Harrisburg, PA 17105-2675

        DOMESTIC RELATIONS OF PIKE COUNTY
        County Admin. Bldg
        506 Broad Street
        Milford, PA 18337

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        OCCUPANTS/TENANTS
        Lake Road
        Greeley, PA 18435


    (attach separate sheet if more space is needed)

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: January 4, 2005

        GOLDBECK McCAFFERTY & McKEEVER
        BY: Joseph A. Goldbeck, Jr., Esq.
        Attorney for Plaintiff