

U.S. Department of Justice

United States Marshals Service

*Middle District of Pennsylvania*

---

Scranton, PA 18501

## U. S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION: <u>CV-00-2229</u>

I, <u>Roger Sewall</u>, a Deputy U. S. Marshal for the Middle District of Pennsylvania, sold the property located at <u>Lake Rd Greeley, Pa</u>. The public sale was held on <u>2/8/05</u> and the highest bidder was <u>Mark Van Acker</u>, who bid the amount of $ <u>70,000.00</u>.

_____
Deputy U. S. Marshal, MDPA

**FILED
SCRANTON**

FEB - 8 2005

PER _____
DEPUTY CLERK

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 00-2229 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Zotynia | Advertising |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pike County Dispatch

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
105 W. Catharine St., Milford, PA 18337

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  Andrea Lavelle | Date 1/11/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED SCRANTON
FEB 8 2005
PER _____ DEPUTY CLERK

Date of Service: 2/1/05  Time: ___ am/pm

Signature of U.S. Marshal or Deputy: Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

**REMARKS:**
Legal Notice ran in the above-listed newspaper on January 11, 18, 25 and February 1, 2005.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | CV-00-2229 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Zolynia, Alfred | Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Lake Rd., Hooley, PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Sale 2-8-05 10:00 AM  Pike Co

Bid $4,600.00

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  G. Lavell | Date 1/31/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/8/05    Time: 10 ✕ am / pm

FILED SCRANTON
PER [signature]

Signature of U.S. Marshal or Deputy

(3 hrs) (110 M R/T  1/3 of 41.25)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 135.00 | 13.75 | — | 148.75 | | |

REMARKS: 2/8/05 - Held Public Sale of Property - Sold to highest bidder Mr. Mark Van Acker for $70,000.00 -

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

## BIDDER'S REGISTRATION FORM

NAME: _MARK VAN ACKER_

ADDRESS: _120 GREELEY LK RD_
_GREELEY, PA. 18425_

PHONE (DAYS): _570 685 2680_

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.

****There will be no exceptions or changes****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

The Deed is to be prepared under the following name(s):

_MARK + JEANNE VAN ACKER_

The above is precisely how the name(s) are to appear in the deed.

## BIDDER'S REGISTRATION FORM

NAME: Monique Lipari-Cavaleri

ADDRESS: 46 Caroline Ave
Franklin Square, NY 11010

PHONE (DAYS): 516-481-0508

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.

****There will be no exceptions or changes****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

The Deed is to be prepared under the following name(s):

Joseph Cavaleri
Monique Lipari-Cavaleri

The above is precisely how the name(s) are to appear in the deed.

2nd Highest Bidder
00-CV-2229