UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 00-CV-2229 |
| vs. | |
| ALFRED ZOTYNIA<br>TINA ZOTYNIA | |
| Defendant(s) | |

PRAECIPE TO WITHDRAW APPEARANCE

Kindly withdraw the appearance of, J. Justin Blewitt, Jr., of the United States Attorney's Office, from this matter. This request is made on behalf of and with the permission of the US Attorney's Office for the Middle District of Pennsylvania.

        Respectfully submitted,

        GOLDBECK McCAFFERTY & McKEEVER

        s/ Michael T. McKeever

        By: _____
        Michael T. McKeever, Esquire
        Pennsylvania Attorney I.D. No. 56129
        Suite 5000 – Mellon Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 627 – 1322
        Original signature not required/electronic filing
        mailto:mmckeever@goldbecklaw.com