**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>　　v.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br>　　　　　　　　Defendant(s) | Civil Action No:  00-CV-2229 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

　　　　The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

　　　　1.　　In accordance with Order entered March 12, 2001 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on February 08, 2005 and sold to Mark Vanacker for a bid of $70,000.00.

　　　　2.　　The Marshal's Return of Sale is attached as Exhibit B.

　　　　3.　　Notice of the sale had been given to all lien holders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

　　　　4.　　The Order of March 12, 2001 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

　　　　5.　　Plaintiff's judgment amount was $107,503.15 plus interest and costs.  As the judgment amount exceeds the bid amount, there will be no Marshal's Sale proceeds to distribute to any creditors other than the Plaintiff.

　　　　6.　　Notice has been given to all parties in interest of the presentation of this motion.

　　　　WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GOLDBECK McCAFFERTY & McKEEVER

　　　　　　　　　　　　　　　　　　　　s/ Michael T. McKeever


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Michael T. McKeever, Esquire

Pennsylvania Attorney I.D. No. 56129
Suite 5000 – Mellon Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 627 – 1322
Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br>  v.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br>      Defendant(s) | Civil Action No: 00-CV-2229 |

**CERTIFICATE OF SERVICE**

  I certify that on March 8, 2005, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

ALFRED ZOTYNIA and TINA ZOTYNIA
Lake Road
Greeley, PA 18435

MARK VAN ACKER
120 Greeley Lake Road
Greeley, PA 18425

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF PIKE COUNTY
County Admin. Bldg
506 Broad Street
Milford, PA 18337

      Respectfully submitted,

      GOLDBECK McCAFFERTY & McKEEVER

      s/ Michael T. McKeever

      By: _____
      Michael T. McKeever, Esquire
      Pennsylvania Attorney I.D. No. 56129
      Suite 5000 – Mellon Independence Center
      701 Market Street
      Philadelphia, PA 19106-1532
      (215) 627 – 1322
      Original signature not required/electronic filing