nwealth of Pennsylvania
County of Pike    } ss.

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES MARSHALS SERVICE**
**NOTICE OF U.S. MARSHAL'S SALE**

_Sue Doty-Lloyd_

being duly sworn, according to law, deposes and says that she is the Publisher of the "Pike County Dispatch," a weekly newspaper of general circulation established in the year 1826 and published at No. 105 West Catharine Street, in the Borough of Milford, County and State aforesaid; and that a printed notice, an exact copy of which is hereto annexed, was published in said newspaper _four_ time(s), to wit, in its issues of _January 13, January 20 January 27 February 3_

A.D. 2005 and the affidavit further states that she is not interested in the subject matter of this notice or advertisement and that all of the allegations of the statement as to time, place and character of publication are true.

Pike County Dispatch

_Judith M. Craven_
Judith M. Craven, Attorney-In-Fact
Sue Doty-Lloyd, Principal

subscribed to before me this _3rd_ day

_ebruary_ _____ A.D. 2005

_M Stenger_

Expires

Notarial Seal
Toni M. Stenger, Notary Public
Milford Boro, Pike County
My Commission Expires June 6, 2006
Member, Pennsylvania Association Of Notaries