**U.S. Department of Justice**

United States Marshals Service

*Middle District of Pennsylvania*

Scranton, PA 18501

## U. S. MARSHALS  SALE OF REAL PROPERTY

### CIVIL ACTION: *CV-00-2229*

I, *Roger Sewall*, a Deputy U. S. Marshal for the Middle District of Pennsylvania, sold the property located at *LAKE Rd GREELEY, Pa.* The public sale was held on *2/8/05* and the highest bidder was *MARK VAN ACKER*, who bid the amount of $ *70,000.00*

Deputy U. S. Marshal, MDPA

# BIDDER'S REGISTRATION FORM

**NAME:** _MARK VAN ACKER_

**ADDRESS:** _120 GREELEY LK RD_

_GREELEY, PA. 18425_

**PHONE (DAYS):** _570 685 2680_

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.

****There will be no exceptions or changes****

PRINT LEGIBLY EXACTLY HOW YOU WANT THE DEED TO APPEAR

The Deed is to be prepared under the following name(s):

_MARK + JEANNE VAN ACKER_

The above is precisely how the name(s) are to appear in the deed.