U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV-00-2229 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alfred Zolynia and Tina Zolynia | Notice of U.S. Marshal's Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Alfred Zolynia and Tina Zolynia

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Lake Road, Greeley PA 18435

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                           Fold

PLEASE POST HANDBILL
on or before 1-7-05

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Joseph A. Goldbeck, Jr. | | 215 627-1322 | 11/30/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk | Date 12/23/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service: 1/4/05   Time: 10:30 am |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $270.00 | $81.00 | | $351.00 | | | |

REMARKS: 12/1/4 - Reviewed 1- 1DUSM - BFS - no such address - this is a generally used road, Greeley, PA - need a numerical address. DOJ file has no listing of addition to this road. The address is 416-415 Hundred Century Rd - but DOJ Road doesn't come out in (illegible) road to that address -- check with USPS. No (illegible) of listing.

1/4/05   (1) DUSM   (700-1200)   85 miles total   $135.00 + 30.60 = $165.60   NOTE

Total  $135.00 + $135.00 + 30.60 + 50.40 = $351.00

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br><br>Defendant(s) | CIVIL NO. 00-CV-2229 |

<u>CERTIFICATE OF SERVICE<br>PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)</u>

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X) Personal Service by the ~~Sheriff's Office~~/competent adult (copy of return attached). *Tina Zotynia*
( ) Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( ) Certified mail by Sheriff's Office.
( ) Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( ) Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( ) Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY <u>COURT ORDER</u>.**

(X) Premises was posted by Sheriff's Office/~~competent adult~~ (copy of return attached). *Alfred Zotynia*
( ) Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(X) Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

7160 3901 9848 3829 2626

**TO:** ZOTYNIA, TINA

**TINA ZOTYNIA**
HC #1 Box 123
Greeley, PA 18425

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
May 6, 2004

**REFERENCE:** ZOTYNIA, ALFRED / USA-0450
07/22/04 – Pike

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

7160 3901 9848 3829 2619

**TO:** ZOTYNIA, ALFRED

**ALFRED ZOTYNIA**
HC #1 Box 123
Greeley, PA 18425

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
May 6, 2004

**REFERENCE:** ZOTYNIA, ALFRED / USA-0450
07/22/04 – Pike

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

**Name and Address of Sender**

GOLDBECK
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**

☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOMESTIC RELATIONS OF PIKE COUNTY<br>County Admin. Bldg<br>506 Broad Street<br>Milford, PA 18337 | | | | | | | | | | | |
| | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| | OCCUPANTS/TENANTS<br>Lake Road<br>Greeley, PA 18435 | | | | | | | | | | | |

Affix Stamp Here
(if issued as a
certificate of mailing,
or for additional copies
of this bill)
Postmark and
Date of Receipt

02 1A
0004340453
MAILED FROM ZIP CODE 19106
$02.70⁰
MAY 06 2004
PITNEY BOWES

MAY 6 2004

Total Number of Pieces Listed by Sender: 3

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

USA-0450
ALFRED ZOTYNIA & TINA ZOTYNIA

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                Plaintiff

v.

ALFRED ZOTYNIA
TINA ZOTYNIA

Civil Action No: 00-CV-2229

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 27th day of December, 2004, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, Alfred Zotynia, cannot, upon diligent inquiry, be found so as to be personally served with the Notice of Sale, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the Middle District of Pennsylvania, situated at Lake Road, Greeley, PA 18435

it is hereby ORDERED, ADJUDGED AND DECREED:

1. That the Notice of Sale be served on the Defendant, Alfred Zotynia, by Plaintiff or its agent by posting a copy of the Notice of Sale on the property to be foreclosed in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2).

2. That the Notice of Sale be served on the Defendant, Alfred Zotynia, by certified mail.

/s/William W. Caldwell
                          J.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CV-00-2229 |
|---|---|
| DEFENDANT<br>Alfred Zotynia and Tina Zotynia | TYPE OF PROCESS<br>Notice of U.S. Marshal's Sale |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Alfred Zotynia and Tina Zotynia |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Lake Road, Greeley, PA 18435 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

FILED
SCRANTON
JAN 06 2005
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE POST HANDBILL
on or before 1-7-05

| Signature of Attorney or other Originator requesting service on behalf of:<br>Joseph A. Goldbeck, Jr. | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>215-627-1322 | DATE<br>11/30/04 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 67 | District to Serve<br>No. 67 | Signature of Authorized USMS Deputy or Clerk<br>G. Lavelle | Date<br>12/22/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 1/4/05  Time: 10:30 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$270.00 | Total Mileage Charges<br>(including endeavors)<br>$81.00 | Forwarding Fee | Total Charges<br>$351.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 12/29/04 — FUND FAVOR L — 1 DUSM-3HRS — 140 MILES AT — NO SUCH ADDRESS — THERE IS A GREELEY LAKE RD. GREELEY, PA — NEED A NUMERICAL ADDRESS. POST OFFICE HAS NO LISTING FOR SUBJECTS ON THIS ROAD. SUBJ. RESIDES AT 416-418 ROWLAND RD GREELEY PA. — DUE TO ROAD CONSTRUCTION COULDN'T GO TO THAT ADDRESS TO SPEAK WITH HER. NO PHONE # LISTED.

1/4/05 (1) DUSM (0900-1200) 85 miles total $135.00 + 30.6 = $165.00

Total $135.00 + $135.00 + 30.60 + 50.40 = $351.00

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | | ALFRED ZOTYNIA |
| --- | --- | --- |
| | | TINA ZOTYNIA |
| (Petitioner) Plaintiff | VS. | (Respondent) Defendant |

CASE and/or DOCKET: **00-CV-2229**

I Declare that I am a Pennsylvania State Deputy Constable and/or Process Server, in and for the County of Montgomery, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected, I was authorized by law to perform the said service.

### SERVICE

SERVICE UPON: **TINA ZOTYNIA**

Address: **418 ROWLAND RD, GREELEY, PA 18425**

On: 12/23/04  At: 5:30 pm

Description: Approximate Age: 18  Height: 5'5  Weight: 150  Race: W  Sex: M  Hair: Brown

With the documents: **NOTICE OF US MARSHAL'S SALE OF REAL PROPERTY**

**MANNER OF SERVICE**
By handing a copy to:
☐ 1.) Defendant(s) personally served
☒ 2.) Adult family member with whom said Defendant(s) reside.
    Name: John Zotynia   Relationship: Son
☐ 3.) Adult in charge of defendants residence.
    Name: _____ Relationship: _____
☐ 4.) Posted Property
☐ 5.) Agent or person in charge of Place of Business.
    Name: _____ Title: _____

**Comments:**

### NO SERVICE
Defendant was not served because:
____Moved ____Unknown ____No Answer ____Vacant ____Other:_____

Service was attempted on the following dates and times:
1.) _____ 2.) _____ 3.) _____
    Date:   Time:      Date:   Time:      Date:   Time:

### SERVER INFORMATION

UNIVERSAL LAWYERS' SERVICE
93 EAST MAIN ST.
BAY SHORE, NY 11706
631.666.6168

_____
CONSTABLE / DEPUTY / PROCESS SERVER

Sworn to and subscribed before me this 24 day of DEC 2004.

_____
Notary Public

NOTARIAL SEAL
ERIC MATTHIAS AFFLERBACH, NOTARY PUBLIC
CITY OF TRAPPE BOROUGH, MONTGOMERY CO., PA
MY COMMISSION EXPIRES NOVEMBER 14, 2005
MEMBER PENNSYLVANIA ASSOCIATION OF NOTARIES

13554

UNITED STATES DISTRICT COURT

FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br><br>　　　　　　　　　　　　　Defendant(s) | CIVIL NO. 00-CV-2229 |

### AFFIDAVIT PURSUANT TO RULE 3129

　　　　THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

　　　　　　　Lake Road
　　　　　　　Greeley, PA 18435

1. Name and address of Owner(s) or Reputed Owner(s):

　　　　　　　ALFRED ZOTYNIA
　　　　　　　Lake Road
　　　　　　　Greeley, PA 18435

　　　　　　　TINA ZOTYNIA
　　　　　　　Lake Road
　　　　　　　Greeley, PA 18435

2. Name and address of Defendant(s) in the judgment:

　　　　　　　ALFRED ZOTYNIA
　　　　　　　Lake Road
　　　　　　　Greeley, PA 18435

　　　　　　　TINA ZOTYNIA
　　　　　　　Lake Road
　　　　　　　Greeley, PA 18435

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

　　　　　　　PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
　　　　　　　Health and Welfare Bldg. - Room 432
　　　　　　　P.O. Box 2675
　　　　　　　Harrisburg, PA 17105-2675

        DOMESTIC RELATIONS OF PIKE COUNTY
        County Admin. Bldg
        506 Broad Street
        Milford, PA 18337

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        OCCUPANTS/TENANTS
        Lake Road
        Greeley, PA 18435


    (attach separate sheet if more space is needed)

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: January 4, 2005

        GOLDBECK McCAFFERTY & McKEEVER
        BY: Joseph A. Goldbeck, Jr., Esq.
        Attorney for Plaintiff