### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                              Plaintiff

        v.
                                                    Civil Action No:  00-CV-2229

ALFRED ZOTYNIA
TINA ZOTYNIA

                              Defendant(s)

### ORDER

AND NOW, this 15th day of March, 2005, upon consideration of Plaintiff's Motion which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on February 08, 2005 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Mark Vanacker, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of ALFRED ZOTYNIA and TINA ZOTYNIA in and to the premises sold located at Lake Road, Greeley, PA 18435.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.


                                        /s/WilliamW.Caldwell
                                                                    J.