**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br>vs.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br><br>      Defendant(s) | CIVIL ACTION NO.  00-CV-2229 |

**APPLICATION FOR DISTRIBUTION OF PROCEEDS**

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

    Respectfully submitted,

    GOLDBECK McCAFFERTY & McKEEVER

    s/ Michael T. McKeever

    By: _____
    Michael T. McKeever, Esquire
    Pennsylvania Attorney I.D. No. 56129
    Suite 5000 – Mellon Independence Center
    701 Market Street
    Philadelphia, PA  19106-1532
    (215) 627 – 1322
    Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 00-CV-2229 |
| vs. | |
| ALFRED ZOTYNIA<br>TINA ZOTYNIA | |
| Defendant(s) | |

## A.  SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount of cash received ............................................................. $70,000.00

   Amount bid by:  ...................................................................... $70,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

   Mileage and Tolls. ..................................................................... $127.15

DEPARTMENT OF JUSTICE COSTS:
     (To be forwarded to: U.S. Department of Justice, Debt Collection Management, Liberty Place Building,
     2nd Floor South, 9850 Pennsylvania Avenue, NW, Washington, DC 20530-0001)

   Advertising Cost  ..................................................................... $429.66

TOTAL COSTS TO U.S. GOVERNMENT ................................ $556.81

Proceeds of sale, less costs, to Farmer's Home Admin ................. $69,443.19
   (to be forwarded to US Attorney's office)

                                        Respectfully submitted,

                                        GOLDBECK McCAFFERTY & McKEEVER

                                        s/ Michael T. McKeever


                                        By: _____
                                        Michael T. McKeever, Esquire
                                        Pennsylvania Attorney I.D. No. 56129
                                        Suite 5000 – Mellon Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532

(215) 627 – 1322
Original signature not required/electronic filing

Case 1:00-cv-02229-WWC    Document 24    Filed 03/15/2005    Page 3 of 4

<strong><u>UNITED STATES DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u></strong>

UNITED STATES OF AMERICA

      Plaintiff

             CIVIL NO. 00-CV-2229

vs.

ALFRED ZOTYNIA<br>
TINA ZOTYNIA

      Defendant(s)

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

  ALFRED ZOTYNIA<br>
  TINA ZOTYNIA<br>
  Lake Road<br>
  Greeley, PA 18435

by mailing a true and correct copy thereof, postage prepaid, on this 15 day of March, 2005.

             Respectfully submitted,

             GOLDBECK McCAFFERTY & McKEEVER

             s/ Michael T. McKeever

             By: _____<br>
             Michael T. McKeever, Esquire<br>
             Pennsylvania Attorney I.D. No. 56129<br>
             Suite 5000 – Mellon Independence Center<br>
             701 Market Street<br>
             Philadelphia, PA  19106-1532<br>
             (215) 627 – 1322<br>
             Original signature not required/electronic filing