<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>ALFRED ZOTYNIA<br>TINA ZOTYNIA<br><br>                    Defendant(s) | CIVIL NO. 00-CV-2229 |

**ORDER**

AND NOW, this 23rd day of March, 2005, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at Lake Road Greeley, PA 18435 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____ J.

FILED
HARRISBURG, PA

MAR 2 3 2005

MARY E. D'ANDREA, CLERK
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|         Plaintiff | CIVIL NO. 00-CV-2229 |
| vs. | |
| ALFRED ZOTYNIA<br>TINA ZOTYNIA | |
|         Defendant(s) | |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount of cash received ................................................................$70,000.00

  Amount bid by: ........................................................................ $70,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

**US MARSHAL COSTS:**

  Mileage and Tolls. ..............................................................................$127.15

**DEPARTMENT OF JUSTICE COSTS:**
  (To be forwarded to: U.S. Department of Justice, Debt Collection Management, Liberty Place Building, 2nd Floor South, 9850 Pennsylvania Avenue, NW, Washington, DC 20530-0001)

  Advertising Cost ................................................................................$429.66

TOTAL COSTS TO U.S. GOVERNMENT ................................$556.81

Proceeds of sale, less costs, to Farmer's Home Admin ................$69,443.19
  (to be forwarded to US Attorney's office)

                                          Respectfully submitted,

                                          GOLDBECK McCAFFERTY & McKEEVER

                                          s/ Michael T. McKeever

                                          By: _____
                                          Michael T. McKeever, Esquire
                                          Pennsylvania Attorney I.D. No. 56129
                                          Suite 5000 – Mellon Independence Center
                                          701 Market Street
                                          Philadelphia, PA  19106-1532